# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| OCEAN TOMO, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 12 C 8450 |
| v. | ) | |
| | ) | Judge Joan B. Gottschall |
| JONATHAN BARNEY and | ) | |
| PATENTRATINGS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Enter Memorandum Opinion & Order. Plaintiff's motion to dismiss [62] is denied.

ENTER:

/s/
JOAN B. GOTTSCHALL
United States District Judge

DATED: June 12, 2014