# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OCEAN TOMO, LLC,<br><br>    Plaintiff-Counterdefendant,<br><br>v.<br><br>JONATHAN BARNEY and<br>PATENTRATINGS, LLC,<br><br>    Defendants-Counterplaintiffs. | No. 12 C 8450<br><br>Hon. Joan B. Gottschall<br><br>Hon. Mary M. Rowland |

**APPENDIX TO JONATHAN BARNEY'S AND PATENTRATINGS, LLC'S LOCAL RULE 56(b)(3)(B) STATEMENT OF ADDITIONAL FACTS IN OPPOSITION TO OCEAN TOMO, LLC'S MOTION FOR SUMMARY JUDGMENT**

| Description | Tab |
|---|---|
| Declaration of Jonathan Barney | A |
| Declaration of David C. Layden | B |
| Declaration of Andy Gibbs | C |
| Excerpts from Transcript of Deposition of Dr. Patrick Thomas | D |
| December 31, 2004 Equity Exchange Agreement | 1 |
| September 1, 2004 License Agreement | 2 |
| May 2, 2005 Amendment to the License Agreement | 3 |
| December 31, 2004 Letter Agreement | 4 |
| January 1, 2005 Ocean Tomo Employment Agreement | 5 |
| July 28, 2008 Amendment to Employment Agreement | 6 |
| May 18, 2006 Supplemental License Agreement | 7 |
| July 19, 2007 Amendment to the License Agreement | 8 |

2363342.7

| | |
|---|---|
| May 31, 2005 Management Services Agreement | 9 |
| February 24, 2012 Ocean Tomo's Pre-Hearing Arbitration Brief | 10 |
| April 6, 2005 Email from Dean Becker | 11 |
| June 3, 2005 Email from James Malackowski | 12 |
| August 9, 2005 Wall Street Journal Article | 13 |
| August 9, 2005 Forbes Article | 14 |
| August 10, 2005 Email from James Malackowski | 15 |
| September 19, 2005 Putting a Value on Intellectual Property | 16 |
| July, 2006 Business 2.0 Article | 17 |
| November 22, 2006 Ideas Rule in the Knowledge Economy | 18 |
| April 1, 2007 Email from Kieth Cardoza | 19 |
| February 1, 2007 Patent Assignment for Ser. No. 11236965 | 20 |
| December 21, 2006 Patent Assignment for Ser. No. 11517067 | 21 |
| December 20. 2006 Patent Assignment for Ser. No. 11614878 | 22 |
| January 19, 2007 Consent to Joint Representation | 23A |
| July 13, 2011 Modified Representation Agreement | 23B |
| February 1, 2007 Revocation and Power of Attorney SN10425554 | 24A |
| February 1, 2007 Revocation and Power of Attorney SN11236965 | 24B |
| December 21, 2006 Revocation and Power of Attorney SN11517067 | 24C |
| December 21, 2006 Revocation and Power of Attorney SN11614878 | 24D |
| April 7, 2010 Interview Summary - SN10425554 | 25 |
| February 4, 2009 Amendment and Response to Office Action - SN11236965 | 27 |
| November 23, 2009 Amendment and Response to Office Action - SN11517067 | 28 |
| June 9, 2009 Amendment and Response to Office Action - SN11614878 | 29 |

2363342.7

Case: 1:12-cv-08450 Document #: 116 Filed: 05/11/15 Page 3 of 3 PageID #:1964

3

| | |
|---|---|
| November 12, 2009 Email from Michael Friedman | 30 |
| January 19, 2011 Notice of Breach | 31 |
| May 25, 2012 Arbitrators Award | 33 |
| February 28, 2012 Email from Vanessa Johnson | 34 |
| April 12, 2012 Letter to Michael Pakter | 36 |
| February 10, 2005 Email from James Malackowski | 38 |
| June 6, 2005 Email from James Malackowski | 39 |
| July 18, 2014 Notice Letter to Patent Ratings | 40 |
| March 29, 2010 Amendment and Response to Office Action SN12749051 | 41 |
| October 14, 2011 Amendment and Response to Office Action SN13273673 | 42 |
| November 15, 2005 Hirsch Index | 43 |
| September 29, 2004 Breitzman US Pat No 7433884 | 44 |
| June 15, 2005 PatentCafe's New Online Tools Analyze Patent Value | 45 |
| June 27, 2011 Amendment and Response to Office Action SN13169943 | 46 |
| Excerpt from Arbitration Hearing Transcript (Testimony of J. Malackowski) | 47 |
| Ocean Tomo Ratings System USPTO Patents Brochure | 48 |
| September 27, 2005 Patents Referencing US7716226 | 49 |
| September 14, 2000 Patents Referencing US6556992 | 50 |
| Innovation Measurement: The Economic Impact of Patent Value | 51 |

3

2363342.7