UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Ocean Tomo, LLC

                            Plaintiff,

v.                                                  Case No.: 1:12−cv−08450
                                                  Honorable Joan B. Gottschall

Jonathan Barney, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 24, 2015:

       MINUTE entry before the Honorable Joan B. Gottschall: Enter Memorandum
Opinion and Order. Ocean Tomo's motion for partial summary judgment [94] is denied.
The magistrate judge has set a fact discovery cut−off of December 31, 2015. This case is
set for status on December 2, 2015, at 9:30 a.m. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.