Ocean Tomo, LLC

                                 Plaintiff,

v.                                                               Case No.: 1:12–cv–08450
                                                              Honorable Thomas M. Durkin

Jonathan Barney, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 15, 2017:

      MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion to continue the trial date [275] is denied as moot. Defendants' motion for leave to file under seal[280] is granted. Plaintiff's motion for leave to file under seal [289] is granted. Status hearing held on 6/15/2017. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.