# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Ocean Tomo, LLC

                                   Plaintiff,

v.                                                   Case No.: 1:12–cv–08450
                                                           Honorable Thomas M. Durkin

Jonathan Barney, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 27, 2017:

        MINUTE entry before the Honorable Thomas M. Durkin:Bench trial held on 7/27/2017 and continued to 7/28/2017 at 09:30 AM. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.