# EXHIBIT 8B

*DOCUMENT FILED UNDER SEAL*